IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHNNY RAY COX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 5:17-cv-556-KOB-TMP |
| ) | |
| ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed his amended report and recommendation on December 7, 2018, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 34). Petitioner, who is represented by counsel, filed *pro se* objections to the report and recommendation. (Doc. 35). Because the petitioner is represented by counsel, his *pro se* filing is due to be and hereby is STRICKEN.[1] Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report should be ADOPTED and the recommendation ACCEPTED.

A separate order will be entered in conformity with this Memorandum Opinion

---

[1] Even if the pro se objections were due to be considered, the argument offered by the petitioner is little more than a concession that his sentence has been correctly calculated, with a request that he nonetheless be released prior to the expiration of the sentence.

that will DENY and DISMISS WITH PREJUDICE the claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause.

DONE and ORDERED this 30th day of January, 2019.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE